# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

132755(72)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TIMOTHY RUMFIELD, Personal Representative
of the Estate of Daniel Rumfield, Deceased, and
Conservator/Co-Guardian of Jeffrey Rumfield,
          Plaintiff-Appellant,

v

MATTHEW HENNEY,
          Defendant/Cross-Defendant,

and

BRIAN HENNEY,
          Defendant,

and

KELLY FUELS, INC., d/b/a
WOODLAND EXPRESS MART,
          Defendant-Appellee.
_____/

SC: 132755
COA: 260540
Eaton CC: 02-001290-NI

On order of the Court, the motion for reconsideration of this Court's November 21, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, J., would grant the motion for reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

Clerk

p0211